# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SNS LAKELAND REALTY INC. and
SNS LAKELAND INC.,

    Plaintiffs,

v.                                                                  Case No: 8:20-cv-1164-JSM-JSS

WESTERN WORLD INSURANCE
COMPANY,

    Defendant.
_____

## ORDER

The Court has been advised via a Mediation Report (Dkt. 50) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of September, 2021.

                                                         JAMES S. MOODY, JR.
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record